IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | **Case No. 15-CR-59** |
| **Plaintiff,** | : | |
| | : | **JUDGE ALGENON L. MARBLEY** |
| **v.** | : | |
| | : | |
| **EDWARD B. LAKE,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

Before the Court is Defendant Edward B. Lake's unopposed Request to Modify Terms of Supervised Release to Allow Employment During Home Detention Component (Doc. 36). On February 9, 2016, the Court sentenced Defendant to a prison term of 3 months followed by 15 years of supervised release. For the first 12 months of supervised release, the Court ordered Defendant to participate in a home detention component of the location monitoring program. The special condition in Defendant's supervised release instructed Defendant to "remain in his residence unless given permission in advance by the United States Probation Officer for approved activities." (Doc. 32 at 3.)

Defendant has completed his prison term and has since transferred to the supervision of the United States Probation Office for the District of Columbia. His probation officer has interpreted the Court's Sentencing Order of Defendant to mean that Defendant may not work during his 12 months of home detention. Defendant would like to work because he is an experienced restaurant cook and has been offered steady, full-time employment.

The Court finds Defendants Request well taken, and **GRANTS** it. Defendant may work during his 12 months of home detention. Defendant must be prepared to remain in compliance

1

with all other terms of his supervised release, and Defendant must show proof or employment and/or work hours as requested by probation.

**IT IS SO ORDERED.**

                                            <u>s/Algenon L. Marbley</u>
                                            **ALGENON L. MARBLEY**
**Dated: July 11, 2016**                      **UNITED STATES DISTRICT COURT**